MARISOL A. NAGATA
State Bar No. 221387
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 2234128
cdcaecf@bdfgroup.com

Attorney for Objecting Secured Creditor
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| | |
|---|---|
| In re:<br><br>**Hoa Kim Huynh,**<br><br>Debtor. | CASE NO.: 1:11-bk-10010-GM<br>JUDGE: The Hon. Geraldine Mund<br>CHAPTER: 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Confirmation Hearing<br>DATE/TIME: March 15, 2011 @ 1:30 pm<br>PLACE: US Bankruptcy Court<br>21041 Burbank Ave.<br>Woodland Hills, CA<br>Courtroom 303 |

WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE

1
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

A DIVISION OF WELLS FARGO BANK N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Secured Creditor"), objects to confirmation of the Debtor's Chapter 13 Plan filed on January 14, 2011 ("Plan") based on the following:

Secured Creditor holds a claim in the amount of not less than $583,993.40, secured by a first priority deed of trust against real property commonly known as: **5911 Fallbrook Ave., Woodland Hills, California** ("the Property"). The arrearage portion of Secured Creditor's claim is in the amount of $58,640.93.00, which was omitted in the Plan. Secured Creditor requests that this Court take judicial notice of Secured Creditor's Proof of Claim on file in this bankruptcy case. The Debtor's Plan is infeasible. Debtor's proposed Plan payment is $178.88 each month for 36 months (or $6,444.00 total base plan amount). Additionally, the Plan fails to comply with §1322(b)(5) as the Plan fails to require for maintenance of the Debtor's post petition payments on his/her obligation to Secured Creditor. Furthermore, Debtor has yet to file his/her Schedules as of the date of this objection.

For the foregoing reasons, the Debtor's Plan does not comply with the provisions of the United States Bankruptcy Code.

WHEREFORE, this Secured Creditor prays as follows:

1. That the court deny confirmation of the Debtor's Plan; and

2. That the court either dismiss the Debtor's bankruptcy case or require the Debtor to file an amended Plan that eliminates Secured Creditor's objections.

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

Dated: February 8, 2011    By:    /s/ Marisol A. Nagata
MARISOL A. NAGATA
Attorney for Secured Creditor

| In re:<br>Hoa Kim Huynh | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NO. 1:11-bk-10010-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
20955 Pathfinder Rd., Suite 300, Diamond Bar, CA 91765

The foregoing document described <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2-10-11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 2-10-11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*
**JUDGE: Hon. Geraldine Mund** – Attn: Intake – US Bankruptcy Court – 21041 Burbank Blvd., Woodland Hills, CA 91367
**DEBTOR: Hoa Kim Huynh** – 5911 Fallbrook Ave., Woodland Hills, CA 91367
**ATTORNEY FOR DEBTOR: Gary L. Harre** – 17111 Beach Blvd Ste 100, Huntington Beach, CA 92647
**CH 13 TRUSTEE: Elizabeth Rojas (ND),** 15060 Ventura Blvd. Suite 240, Sherman Oaks, CA 91403

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2-10-11 | Marisol A. Nagata | /s/ Marisol A. Nagata |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**